### Wayne Douglas BUTTS, Plaintiff—Appellant,

v.

Ms. DUNN, Nurse at Haynesville Correctional Center; Brenda Lewis, Nursing Supervisor at Haynesville Correctional Center; L. Corner, Operations Officer at Haynesville Correctional Center; Gene M. Johnson, Director of the Virginia Department of Corrections; D.T. Mahon, Warden of Haynesville Correctional; Stacy Allen, Hearings Officer for Haynesville Correctional Center; Ms. Kirksey, Nurse at Haynesville Correctional Center; Ms. Elam, Nurse at Haynesville Correctional Center, Defendants—Appellees,

and

Dr. Ofar, Medical Director, Defendant.

No. 07–6368.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 29, 2007.

Decided: Nov. 15, 2007.

Wayne Douglas Butts, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Douglas Butts appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Butts v. Dunn,* No. 2:06–cv–00579–JBF (E.D. Va. filed Feb. 23, 2007, entered Feb. 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*